STEPHENS FRIEDLAND LLP
Todd G. Friedland, Bar No. 187022
4695 MacArthur Court, Suite 310
Newport Beach, CA 92660
Telephone: (949) 468-3200
Facsimile: (949) 468-3201

Attorney for Defendants JUSTIN BEGET, an individual, FIRST STREET CAPITAL, LLC, dba DC EAST FREIGHT, UNISHIPPERS, ERIN BREEN, an individual, and MONKEY LOGISTICS, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERCARI, INC. dba, UNISHIPPERS,<br><br>Plaintiff,<br>vs.<br><br>JUSTIN BEGET, an individual, MATTHEW WALSH, an individual, FIRST STREET CAPITAL, LLC, dba DC EAST FREIGHT, UNISHIPPERS, a Maryland limited liability company, ERIN BREEN, an individual, MONKEY LOGISTICS, LLC, a Nevada limited liability company, MOLGER, INC., a California corporation, DNAFREIGHT, a California corporation, MOUNTAIN VIEW LOGISTICS, LLC dba NEWBURYPORT COMPANIES and dba MOVEMENT LOGISTICS, a Maryland limited liability company, VOXX SERVICES, LLC a Maryland entity of unknown form, COLD SPRING INVESTMENTS, LLC dba MOVEMENT LOGISTICS, a Maryland limited liability company, COLD SPRING INVESTMENTS NO. 1, LIMITED PARTNERSHIP dba MOVEMENT LOGISTICS, a Maryland limited partnership, COLD SPRING INVESTMENTS NO. 2, LLP dba MOVEMENT LOGISTCS, a Maryland limited liability partnership, STEFAN TRIANDAFILOU, an individual, and DOES 1-50,<br><br>Defendants. | Case No.: C09-04726 MHP<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint served: 1/9/09<br>Current response date: 12/2/09<br>New response date: 12/18/09 |

1

STIPULATION TP EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT

1  Plaintiff MERCARI, INC. dba, UNISHIPPERS, on the one hand ("Mercari "),
2  and Defendants JUSTIN BEGET, an individual, FIRST STREET CAPITAL, LLC ,
3  dba DC EAST FREIGHT, UNISHIPPERS, a Maryland limited liability company,
4  ERIN BREEN, an individual, and MONKEY LOGISTICS, LLC, a Nevada limited
5  liability company, on the other hand (jointly, the "Parties"), hereby enter into this
6  Stipulation Extending Time to Respond to Plaintiff's First Amended Complaint
7  ("Stipulation") with reference to the following facts:

8  WHEREAS, counsel for Defendants JUSTIN BEGET, an individual, FIRST
9  STREET CAPITAL, LLC , dba DC EAST FREIGHT, UNISHIPPERS, a Maryland
10 limited liability company, ERIN BREEN, an individual, and MONKEY LOGISTICS,
11 LLC, a Nevada limited liability company, accepted service of Plaintiff's First
12 Amended Complaint which was served via mail on November 9, 2009;

13 WHEREAS, the response of Defendants JUSTIN BEGET, an individual,
14 FIRST STREET CAPITAL, LLC , dba DC EAST FREIGHT, UNISHIPPERS, a
15 Maryland limited liability company, ERIN BREEN, an individual, and MONKEY
16 LOGISTICS, LLC, a Nevada limited liability company, is due on or before December
17 2, 2009;

18 WHEREAS, the Parties desire to extend the time for these Defendants to
19 respond to the First Amended Complaint an additional sixteen (16) days from the
20 original response date, to and including December 18, 2009;

21 NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and
22 between the Parties, that Defendants JUSTIN BEGET, an individual, FIRST STREET
23 CAPITAL, LLC , dba DC EAST FREIGHT, UNISHIPPERS, a Maryland limited
24 liability company, ERIN BREEN, an individual, and MONKEY LOGISTICS, LLC, a
25 Nevada limited liability company, should have an extension of time of sixteen
26 / / / /
27
28 / / / /

STEPHENS FRIEDLAND LLP
4695 MacArthur Court
Suite 310
Newport Beach, California 92660
Telephone: (949) 468-3200
Facsimile: (949) 468-3201

1  (16) days to respond to the First Amended Complaint, to and including December 18,
2  2009.
3      IT IS SO STIPULATED.
4  Dated: November 25, 2009           MCNAMARA, DODGE, NEY, BEATTY, SLATTERY, PFALZER, BORGES & BROTHERS LLP

By _____
   J. Wesley Smith
   Gary A. Watt
   Christopher T. Lustig
   Attorneys for Plaintiff
   MERCARI, INC. dba UNISHIPPERS

Dated: November __, 2009            STEPHENS FRIEDLAND LLP

By _____
   Todd G. Friedland
   Attorneys for Defendants
   JUSTIN BEGET, FIRST STSREET
   CAPITAL, LLC, dba DC EAST
   FREIGHT, UNISHIPPERS, ERIN
   BREEN, and MONKEY LOGISTICS
   LLC

12/3/2009

**IT IS SO ORDERED**
Judge Marilyn H. Patel
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STEPHENS FRIEDLAND LLP
1695 MacArthur Court
Suite 310
Newport Beach, California 92660
Telephone: (949) 468-3200
Facsimile: (949) 468-3201

2