1  J. WESLEY SMITH (State Bar No. 172878)
   GARY A. WATT (State Bar No. 191265)
2  CHRISTOPHER T. LUSTIG (State Bar No. 233338)
   MCNAMARA, NEY, BEATTY, SLATTERY,
3  BORGES & BROTHERS LLP
   1211 Newell Avenue
4  Post Office Box 5288
   Walnut Creek, CA 94596
5  Telephone: (925) 939-5330
   Facsimile:  (925) 939-0203
6  wesley.smith@mcnamaralaw.com
   gary.watt@mcnamaralaw.com
7  christopher.lustig@mcnamaralaw.com

8  Attorneys for Plaintiff/Counter-Defendant
   MERCARI, INC. DBA UNISHIPPERS
9

10              UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12

13 MERCARI, INC., dba UNISHIPPERS,           Case No. C 09-04726 MHP

14              Plaintiff,                    STIPULATION AND ORDER OF
                                              DISMISSAL WITH PREJUDICE
15       vs.

16 JUSTIN BEGET, an individual,               First Amended Complaint Filed: 11/6/09
   MATTHEW WALSH, an individual,
17 FIRST STREET CAPITAL, LLC, dba DC
   EAST FREIGHT, UNISHIPPERS, a
18 Maryland limited liability company, ERIN
   BREEN, an individual, MONKEY
19 LOGISTICS, LLC, a Nevada limited
   liability company, MOLGER, INC., a
20 California corporation, DNAFREIGHT, a
   California corporation, MOUNTAIN
21 VIEW LOGISTICS, LLC dba
   NEWBURYPORT COMPANIES and dba
22 MOVEMENT LOGISTICS, a Maryland
   limited liability company, VOXX
23 SERVICES, LLC, a Maryland entity of
   unknown form, COLD SPRING
24 INVESTMENTS, LLC dba MOVEMENT
   LOGISTICS, a Maryland limited liability
25 company, COLD SPRING
   INVESTMENTS NO. 1, LIMITED
26 PARTNERSHIP dba MOVEMENT
   LOGISTICS, a Maryland limited
   partnership, COLD SPRING
   INVESTMENTS NO. 2, LLP dba
   MOVEMENT LOGISTICS, a Maryland

STIPULATION OF DISMISSAL

| | |
|---|---|
| 1 | limited liability partnership, STEFAN TRIANDAFILOU, an individual, and |
| 2 | DOES 1-50, |
| 3 | Defendants. |
| 4 | |
| 5 | DNA FREIGHT, a California corporation, |
| 6 | Counter-Claimant, |
| 7 | vs. |
| 8 | MERCARI, INC., a California corporation, dba UNISHIPPERS, |
| 9 | Counter-Defendant. |
| 10 | |
| 11 | JUSTIN BEGET, an individual, |
| 12 | Counter-Claimant, |
| 13 | vs. |
| 14 | MERCARI, INC., a California corporation, dba UNISHIPPERS, |
| 15 | Counter-Defendant. |

WHEREAS, on April 16, 2010, plaintiff MERCARI, INC., a California corporation (hereinafter referred to as "Plaintiff") and defendants Mountain View Logistics, LLC ("Mountain View Logistics"), Voxx Environmental Services, LLC ("Voxx"), Cold Spring Investments, LLC ("Cold Spring LLC"), Cold Spring Investments No. 1, Limited Partnership ("Cold Spring No.1"), Cold Spring Investments No. 2, LLP ("Cold Spring No. 2") and Stefan Triandafilou ("Triandafilou") (collectively referred to as the "Settling Defendants") executed a Confidential Settlement Agreement and Mutual Release (the "Settlement Agreement") resolving this action; and which requires that the attorneys for the parties execute and file this Stipulation; and

IT IS HEREBY STIPULATED by and between Plaintiff and Settling Defendants, through their designated counsel, that Plaintiff's claims against Settling Defendants (as set forth in Mercari's First Amended Complaint, filed 11/6/09) be, and hereby are, dismissed with prejudice, pursuant to FRCP 41(a)(1)(A)(ii), with Mercari and the Settling Defendants each responsible for

1  their respective attorneys' fees and costs; and

2      IT IS HEREBY FURTHER STIPULATED by and between Plaintiff and Settling

3  Defendants, through their designated counsel, that this Court shall retain jurisdiction of this action

4  with respect to enforcing the terms of the Settlement Agreement and if necessary to enter a

5  judgment against the Settling Defendants in accordance with the terms of the Settlement

6  Agreement and the Stipulation for Entry of Judgment.

7      IT IS SO STIPULATED AND AGREED TO, BY AND BETWEEN

8  DATED: 4-16-, 2010        McNAMARA, NEY, BEATTY, SLATTERY,
                             BORGES & BROTHERS LLP

                             By: _____
                             Roger J. Brothers
                             J. Wesley Smith
                             Gary A. Watt
                             Christopher T. Lustig
                             Attorneys for Plaintiff MERCARI, INC. dba
                             UNISHIPPERS, a California corporation

15  Dated: _____, 2010      QUINTANA LAW GROUP, APC

                             By: _____
                             Andres F. Quintana
                             Attorney for Defendants
                             MOUNTAIN VIEW LOGISTICS, LLC; VOXX
                             ENVIRONMENTAL SERVICES, LLC; COLD
                             SPRING INVESTMENTS, LLC; COLD SPRINGS
                             INVESTMENTS NO. 1, LIMITED
                             PARTNERSHIP; COLD SPRING INVESTMENTS
                             NO. 2, LLP; and STEFAN TRIANDAFILOU

PURSUANT TO STIPULATION, IT IS SO ORDERED.



IT IS SO ORDERED
Judge Marilyn H. Patel

Date: 4/23/2010        _____
                       Marilyn H. Patel
                       United States District Judge

STIPULATION AND ORDER OF DISMISSAL        3

their respective attorneys' fees and costs; and

IT IS HEREBY FURTHER STIPULATED by and between Plaintiff and Settling Defendants, through their designated counsel, that this Court shall retain jurisdiction of this action with respect to enforcing the terms of the Settlement Agreement and if necessary to enter a judgment against the Settling Defendants in accordance with the terms of the Settlement Agreement and the Stipulation for Entry of Judgment.

IT IS SO STIPULATED AND AGREED TO, BY AND BETWEEN

DATED: _____, 2010

McNAMARA, NEY, BEATTY, SLATTERY, BORGES & BROTHERS LLP

By: _____
Roger J. Brothers
J. Wesley Smith
Gary A. Watt
Christopher T. Lustig
Attorneys for Plaintiff MERCARI, INC. dba UNISHIPPERS, a California corporation

Dated: 4/16/10, 2010

QUINTANA LAW GROUP, APC

By: _____
Andres F. Quintana
Attorney for Defendants
MOUNTAIN VIEW LOGISTICS, LLC; VOXX ENVIRONMENTAL SERVICES, LLC; COLD SPRING INVESTMENTS, LLC; COLD SPRINGS INVESTMENTS NO. 1, LIMITED PARTNERSHIP; COLD SPRING INVESTMENTS NO. 2, LLP; and STEFAN TRIANDAFILOU

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: _____

_____
Marilyn Hall Patel
United States District Judge

STIPULATION AND ORDER OF DISMISSAL        3